CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 02 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **ERNEST LINWOOD CHANDLER, IV,** Plaintiff, | Civil Action No. 7:16-cv-00008 |
| v. | **FINAL ORDER** |
| **CRYSTAL LARGE, ET AL.,** Defendant(s). | By: Hon. Glen E. Conrad<br>Chief United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(b); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This ___2d___ day of February, 2015.

_____
Chief United States District Judge